UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF Florida
Panama City Division

SCHOOL BOARD OF JACKSON
COUNTY, Florida,

    Plaintiff,

v.

P.L.B., and ROSEMARY PALMER,

    Respondent(s),
_____/

CASE NO.: 5:12-cv-00294-RS-EMT

## PLAINTIFF'S MOTION TO SEAL

Plaintiff, SCHOOL BOARD OF JACKSON COUNTY, by and through the undersigned counsel, moves this Court for an order sealing all filings made in this matter and prohibiting nonparty remote electronic access to all filings made in this matter, and in support thereof states:

1. This suit arises out of a series of proceedings between the named parties under the Individuals with Disabilities Education Act (IDEA).

2. The materials to be filed in this matter make reference to the identity of A.L., a minor child, and contain sensitive educational and medical information pertaining to him. These materials include the educational records of A.L., for which redaction would be unduly cumbersome.

3. Fed. R. Civ. P. 5.2(a) provides in part that "Unless the court orders otherwise, in an electronic or paper filing with the court that contains… the name of an individual known to be a minor… a party or nonparty making the filing may include only:… the minor's initials."

4. Fed. R. Civ. P. 5.2(d) further provides that "The court may order that a filing be

made under seal without redaction..."

5.  Fed. R. Civ. P. 5.2(e) provides that "For good cause, the court may by order in a case:... (2) limit or prohibit a nonparty's remote electronic access to a document filed with the court."

6.  Pursuant to Local Rule 7.1(B), the undersigned has conferred with counsel for Defendants and is authorized to represent that the Defendants do not oppose the entry of an order granting this motion.

WHEREFORE, for the reasons stated herein, the Plaintiff requests an Order sealing all filings made in this matter and prohibiting nonparty remote electronic access to all filings made in this matter.

Respectfully submitted this 26th day of September, 2012.

**BOB L. HARRIS, ESQ.**
Florida Bar No.: 460109
bharris@lawfla.com
**S. DENAY BROWN, ESQ.**
Florida Bar No.: 88571
dbrown@lawfla.com
MESSER, CAPARELLO & SELF, P.A.
Post Office Box 15579
Tallahassee, Florida 32317
Telephone:  (850)222-0720
Facsimile:  (850)558-0662
*Counsel for School Board of Jackson County*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 26th, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Rosemary Palmer, Esquire, 5260 Pimlico Drive, Tallahassee, Florida 32309.

_____
BOB L. HARRIS, ESQ.