IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JACKSON COUNTY SCHOOL BOARD,**

    **Plaintiff,**

v.                                       **CASE NO. 5:12-cv-294-RS-EMT**

**P.L.B and Rosemary N. Palmer,**

    **Defendant.**
_____/

### ORDER

Before me are Plaintiff's Motion to Seal (Doc. 4) and Defendant's Response (Doc. 5). If the Clerk seals this case, the parties will be unable to file documents electronically. Further, all documents, including orders of the court, will be unavailable to the public. Plaintiff has requested that all filings be sealed, while Defendant has requested that orders be open to the public and that the parties maintain their capability of electronic filing. Upon consideration of these requests,

**IT IS ORDERED:**

1. The Clerk will not seal the entire case.

2. Any document which either party wishes to file under seal shall be either delivered via hard copy to the Clerk or e-mailed to Laura_Thayer@flnd.uscourts.gov. The Clerk will file such documents under seal if appropriate.

3. The effective date of such filings will be the date that the Clerk posts the filing on the electronic docket.

4. Any document which either party wishes to file not under seal shall be filed electronically by that party.

**ORDERED** on September 27, 2012.

>   <u>/s/ Richard Smoak</u>
>   **RICHARD SMOAK**
>   **UNITED STATES DISTRICT JUDGE**