UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF Florida
Panama City Division

SCHOOL BOARD OF JACKSON
COUNTY, FLORIDA,

      Plaintiff,

v.

                                          CASE NO.: 5:12-cv-00294-RS-EMT

P.L.B., and ROSEMARY PALMER,

      Defendant(s),

_____/

## PLAINTIFF'S CERTIFICATE OF CONFERENCE WITH COUNSEL FOR RESPONDENTS

      Plaintiff, SCHOOL BOARD OF JACKSON COUNTY, by and through the undersigned counsel, pursuant to N.D. Fla. Loc. R. 7.1(B), has conferred with counsel for Defendants in a good faith effort to resolve by agreement the issues raised in its Motion to Stay Action Pending Review of Related Case.  Counsel for Defendants has indicated that she is undecided as to whether she agrees to the relief requested in the Motion to Stay Action Pending Review of Related Case, and may file a response.

**BOB L. HARRIS, ESQ.**
Florida Bar No.: 460109
bharris@lawfla.com
**S. DENAY BROWN, ESQ.**
Florida Bar No.: 88571
dbrown@lawfla.com
MESSER, CAPARELLO & SELF, P.A.
Post Office Box 15579
Tallahassee, Florida 32317
Telephone:    (850)222-0720
Facsimile:     (850)558-0662

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Rosemary N. Palmer, Esq., 5260 Pimlico Drive, Tallahassee, Florida 32309.

**BOB L. HARRIS, ESQ.**

2