IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JACKSON COUNTY SCHOOL BOARD,**

    **Plaintiff,**

**v.**           **CASE NO. 5:12-cv-294-RS-EMT**

**P.L.B and Rosemary N. Palmer,**

    **Defendant.**
_____/

## ORDER

The stay in this action expired on January 30, 2013, when case 5:12-cv-299 was dismissed. It appears that a further stay may be warranted pending the outcomes of cases 5:13-cv-85 and 5:13-cv-178. Plaintiff shall file, not later than July 29, 2013, an update on the status of this action.

**ORDERED** on July 15, 2012.

        **/s/ Richard Smoak**
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**