IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JACKSON COUNTY SCHOOL BOARD,

    Plaintiff,

v.                                CASE NO. 5:12-cv-294-RS-EMT

P.L.B and ROSEMARY N. PALMER,

    Defendant.
_____/

## ORDER

Plaintiff shall show cause, not later than September 3, 2013, why its status report has not been filed as required by the Order of July 15, 2013 (Doc. 19).

**ORDERED** on August 19, 2013.

                                      **/s/ Richard Smoak**
                                      RICHARD SMOAK
                                      UNITED STATES DISTRICT JUDGE