UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Panama City Division

SCHOOL BOARD OF JACKSON
COUNTY, FLORIDA,

    Plaintiff,

v.

                              CASE NO.: 5:12-cv-00294-RS-EMT

P.L.B., and ROSEMARY PALMER,

    Respondent(s),
_____/

## PLAINTIFF, SCHOOL BOARD'S STATUS REPORT

Plaintiff, SCHOOL BOARD OF JACKSON COUNTY, by and through the undersigned counsel, and pursuant to this Court's Order dated July 15, 2012, hereby advises as to the status of this action.  As to Case No. 5:13-cv-85, Respondent P.L.B. served an Amended Complaint on the School Board on July 22, 2013.  A Motion to Dismiss that Amended Complaint was filed by the School Board on August 13, 2013, and remains pending.  As to Case No. 5:13-cv-178, Respondent P.L.B. served an Amended Complaint on the School Board last Friday, August 16, 2013.  The School Board will file a responsive pleading on or before September 5, 2013.  There have been no other filings in either case other than what is set forth above.  As such, a further stay may be warranted.

                                  */s/ Bob L. Harris*_____
                                  **BOB L. HARRIS, ESQ.**
                                  Florida Bar No.: 460109
                                  bharris@lawfla.com
                                  **S. DENAY BROWN, ESQ.**
                                  Florida Bar No.: 88571
                                  dbrown@lawfla.com
                                  MESSER, CAPARELLO, P.A.
                                  Post Office Box 15579
                                  Tallahassee, Florida 32317
                                  Telephone:    (850)222-0720
                                  Facsimile:     (850)558-0662

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 19, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I electronically served the foregoing document to the following CM/ECF participants: Rosemary N. Palmer, Esq., floridalawlady@gmail.com, 5260 Pimlico Drive, Tallahassee, Florida 32309.

                                  */s/ Bob L. Harris*_____
                                  **BOB L. HARRIS, ESQ.**