UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SCHOOL BOARD OF JACKSON
COUNTY, FLORIDA,

    Plaintiff,

CASE NO.: 5:12-cv-00294-RS-EMT

v.

P.L.B., and ROSEMARY PALMER,

    Defendants,
_____/

## PLAINTIFF'S RULE 26(a)(3) PRETRIAL DISCLOSURES

Plaintiff, SCHOOL BOARD OF JACKSON COUNTY, FLORIDA, supplements its Rule 26(a)(1)(A) Initial Disclosures and states as follows:

**(i).  The name and, if not previously provided, the address and telephone number of each witness – separately identifying those the party expects to present and those it may call if the need arises.**

    1.    Shawn Larkin. c/o Bob L. Harris, Esq., 2618 Centennial Place, Tallahassee, Florida 32308, 850-222-0720. Expects to present.

    2.    Pamela Bimberg. Expects to present.

    3.    Rosemary Palmer. Expects to present.

    4.    Bob L. Harris, Esq., 2618 Centennial Place, Tallahassee, Florida 32308, 850-222-0720. Expects to present.

    5.    Frank Bondurant, Esq., 4450 Lafayette Street, Marianna, Florida 32446, 850-526-2263. Expects to present.

    6.    Matt Fuqua, Esq., 4450 Lafayette Street, Marianna, Florida 32446, 850-526-2263. Expects to present.

7. Michael P. Donaldson, Carlton Fields Jorden Burt, P.A., 215 S. Monroe Street, Suite 500, Tallahassee, Florida 32301, 850-513-3613. Expects to present.

8. All records custodians of records Plaintiff intends to introduce into evidence during the course of the trial.

**(ii). The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition.**

None.

**(iii). An identification of each document or other exhibit, including summaries of other evidence – separately identifying those items the party expects to offer and those it may offer if the need arises.**

1. Record of Florida Division of Administrative Hearings Case No. 12-1273E.

2. Billing Records from Florida Division of Administrative Hearings Case No. 12-1273E.

3. Pleadings and other documentation from Florida Division of Administrative Hearings Case No. 10-10485E, including but not limited to:
    i. Request for Due Process Hearing Dated November 24, 2010, from Florida Division of Administrative Hearings Case No. 10-10485E;
    ii. Amended Request for Due Process Hearing Dated March 15, 2011, from Florida Division of Administrative Hearings Case No. 10-10485E;
    iii. Notices of Hearing, from Florida Division of Administrative Hearings Case No. 10-10485E.

2

4. Pleadings and other documentation from Florida Division of Administrative Hearings Case No. 12-2386F, including but not limited to:

   i. Final Order awarding sanctions under 57.105, Fla. Stat., from Florida Division of Administrative Hearings Case No. 12-2386F.

5. Opinion from Case No. 1D13-0908 in the District Court of Appeal First District, State of Florida.

6. Pleadings and other documentation from Case No. 5:12-cv-299-RS-EMT in the United States District Court Northern District of Florida, Panama City Division, including but not limited to:

   i. Amended Complaint from Case No. 5:12-cv-299-RS-EMT in the United States District Court Northern District of Florida, Panama City Division;
   ii. Order Granting Motion to Dismiss, Case No. 5:12-cv-299-RS-EMT in the United States District Court Northern District of Florida, Panama City Division.
   iii. Order Granting Rule 11 Sanctions from Case No. 5:12-cv-299-RS-EMT in the United States District Court Northern District of Florida, Panama City Division;
   iv. Order and Judgment from Case No. 5:12-cv-299-RS-EMT in the United States District Court Northern District of Florida, Panama City Division;

7. Opinion from Case No. 13-10901 in the United States Court of Appeals for the Eleventh Circuit;

8. Written Report of Expert Witness Michael P. Donaldson.

9. Case law, statutory provisions, and regulations regarding the issue of "stay put."

10. Case law, statutory provisions, and regulations regarding the award of attorneys' fees under the IDEA.

                                               */s/ Bob L. Harris*
                                               **BOB L. HARRIS**
                                               Florida Bar No. 0460109
                                               bharris@lawfla.com
                                               **S. DENAY BROWN**
                                               Florida Bar No.: 88571
                                               dbrown@lawfla.com

      MESSER CAPARELLO, P.A.
      P.O. Box 15579
      Tallahassee, FL 32317
      Telephone:   (850) 222-0720
      Facsimile:   (850) 558-0662


      */s/ H. Matthew Fuqua*
      **H. MATTHEW FUQUA**
      Florida Bar No. 0451101
      mfuqua@embarqmail.com
      FUQUA & MILTON, P.A.
      4450 Lafayette Street (32446)
      Post Office Box 1508
      Marianna, Florida 32447
      Telephone: 850-526-2263
      Facsimile:  850-526-5947

      *Counsel for Jackson County School Board*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2015, I electronically filed the foregoing with the Clerk of the Court for the Northern District of Florida by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      */s/ Bob L. Harris*
      **BOB L. HARRIS**